**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID BRADY and
EXACTO-POUR SYSTEMS, INC.,

       Plaintiffs,

v.                                    Civil Case No.:  16-0115-KG-SCY

ALCOHOL CONTROLS, INC. and
MARK FLASCHNER,

       Defendants.

**STIPULATED ORDER OF PERMANENT INJUNCTION**

       All parties, having consulted counsel, hereby stipulate to the entry of this permanent injunction.

       It is hereby ORDERED that Defendants Alcohol Controls and Mark Flaschner be and hereby are permanently enjoined from directly or indirectly using the mark EXACTO-POUR, or any substantially similar mark, including any combination of the words "Exacto", "Pour", and "Deluxe", with our without hyphens, spaces, other forms of punctuation, and capitalization, in any form of presentation in connection with goods and services involving the provision or sale of alcoholic beverages or bar related products.

SO ORDERED:

                                           _____
                                         UNITED STATES DISTRICT JUDGE

PEACOCK MYERS, P.C.

By:   /s/ Jeffrey L. Squires
      Jeffrey L. Squires
      Justin Muehlmeyer
      201 Third Street NW, Suite 1340
      Albuquerque, NM 87120

*Counsel for Plaintiffs David Brady and Exacto-Pour Systems, Inc.*


APPROVED AS TO FORM AND CONTENT:

ALCOHOL CONTROLS INC.

By:   /s/ Mark Flaschner
      Mark Flaschner, having consulted with counsel but without formally entering his
      appearance in this matter.

*Defendant*

MARK FLASCHNER

By:   /s/ Mark Flaschner
      Mark Flaschner, having consulted with counsel but without formally entering his
      appearance in this matter.

*Defendant*